IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRUCE REESER, | § | |
| | § | No. 164, 2018 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Family Court |
| | § | of the State of Delaware |
| JASMINE OPHELIA, TODD | § | |
| GONSER, and DIVISION OF | § | File Nos. CK17-04022, |
| FAMILY SERVICES, | § | CK16-01241 and CK14-02905 |
| | § | Pet. Nos. 17-36415, 16-03960 |
| Petitioners Below, | § | and 14-32887 |
| Appellees. | § | |

Submitted: July 20, 2018
Decided: July 24, 2018

### **O R D E R**

It appears to the Court that, on July 5, 2018, the Chief Deputy Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not filing his opening brief and appendix in this matter. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.
Chief Justice